# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | PO-18-5091-GF-JTJ |
| --- | --- |
| Plaintiff, | Ticket Number: F4872044 |
| | Location Code: M9GF |
| vs. | Disposition Code: NM |
| ELISABETH PURDY, | JUDGMENT IN A CRIMINAL CASE |
| Defendant. | |

The Defendant, Elisabeth Purdy, was present in court.

1. Violation F4872044 is DISMISSED
2. Defendant must pay $50.00 to the crime victims fund.

Payments shall be made to Clerk, United States District Court, Missouri River Courthouse, 125 Central Avenue West, Suite 110, Great Falls, Montana 59404 and disbursed to: Montana Crime Victim Compensation Fund, P.O. Box 201410, Helena, MT 59620-1410.

Date of Imposition of Judgment: September 6, 2018.

___9/6/2018_____
Date Signed

JOHN JOHNSTON
United States Magistrate Judge